# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DANIEL TRUJILLO,

             Plaintiff,

   v.

JAMES YATES, et al.,

             Defendants.

_____/

CASE NO. 1:07-cv-01236-AWI-NEW (DLB) PC

ORDER GRANTING DEFENDANTS' REQUEST FOR A FORTY-FIVE DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE AFTER SCREENING

(Doc. 1)

    Plaintiff Daniel Trujillo ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law.  Defendants Yates and Igbinosa removed this action from Fresno County Superior Court on August 17, 2007, and request to be relieved of their obligation to respond to the complaint pending screening by the court pursuant to 28 U.S.C. § 1915A.  Defendants seek a forty-five day extension of time following screening.

    Defendants' request is HEREBY GRANTED, and defendants shall have **forty-five (45) days** from the date that the court orders them to respond to the complaint.


   IT IS SO ORDERED.

**Dated:**   __September 7, 2007__          _____/s/ **Dennis L. Beck**_____
                                UNITED STATES MAGISTRATE JUDGE

1