# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TRUJILLO,<br><br>      Plaintiff,<br><br>    v.<br><br>JAMES YATES, et al.,<br><br>      Defendants.<br>_____/ | CASE NO. 1:07-cv-01236-AWI-GSA PC<br><br>ORDER FINDING COMPLAINT STATES EIGHTH AMENDMENT AND NEGLIGENCE CLAIMS, AND DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT WITHIN FORTY-FIVE DAYS<br><br>(Doc. 1) |

      Plaintiff Daniel Trujillo ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendants Yates and Igbinosa removed this action from Fresno County Superior Court on August 17, 2007.

      The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and finds that it states cognizable claims for relief under section 1983 against Defendants Yates and Igbinosa for violation of the Eighth Amendment and under state law for negligence.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 2008 WL 659570, No. 06-35068, *3 (9th Cir. Mar. 13, 2008).

///
///
///
///

---

[1] Court record pages 8, 9, & 11 of document 1-3.)

1  Accordingly, pursuant to the Court's order of September 10, 2007, Defendants shall file a
2  response to the complaint within **forty-five (45) days** from the date of service of this order.

5  IT IS SO ORDERED.

6  Dated:  **April 24, 2008**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE