# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TRUJILLO,<br><br>       Plaintiff,<br><br>    v.<br><br>JAMES YATES, et al.,<br><br>       Defendants.<br>_____/ | CASE NO. 1:07-cv-01236-AWI-GSA PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR REMAND<br><br>(Docs. 14 and 15) |

      Plaintiff Daniel Trujillo ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law. Defendants Yates and Igbinosa removed this action from Fresno County Superior Court on August 17, 2007. On January 2, 2008, Plaintiff filed a motion for remand, and on February 6, 2008, Plaintiff filed a response to Defendants' notice of removal, which the Court construes to be a second motion for remand. 28 U.S.C. § 1447. Plaintiff seeks remand of this action on the ground that its removal was not in the interest of judicial economy and resolution of the case will be delayed in federal court due to the backlog of cases.

      Under 28 U.S.C. § 1441(a), a defendant may remove from state court any action "of which the district courts of the United States have original jurisdiction." Federal courts "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Plaintiff is pursuing a claim for relief against Defendants for violation of his rights under the Eighth Amendment of the United States Constitution. Because Plaintiff alleged a federal claim in his complaint, Defendants have the right to remove the action to federal court.

///

Plaintiff has set forth no jurisdictional or procedural problems with removal, and his concern over how quickly his case will ultimately be resolved is not a ground for remand.[1]

Accordingly, Plaintiff's motions for remand, filed January 2, 2008, and February 6, 2008, are HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   May 7, 2008**                              /s/ Anthony W. Ishii
                                                     UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motions were not filed within thirty days of removal and are untimely with respect to issues other than subject matter jurisdiction in any event. 28 U.S.C. § 1447(c).

2