**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| Daniel Trujillo, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:07-CV-1236 JMR |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| James Yates, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is Defendants' Request to Modify the Scheduling Order (Doc. No. 23). The request is **GRANTED**. Should Defendants' motion for summary judgment be denied by this Court, they will then be permitted to depose Plaintiff.

DATED this 2nd day of February, 2009.

John M. Roll
Chief United States District Judge