**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | | |
|---|---|---|
| Daniel Trujillo, | ) | No. CV 07-1236 JMR |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| James Yates, et al., | ) | |
| Defendants. | ) | |

On March 12, 2009 this Court informed Plaintiff that Defendants had filed a motion for summary judgment and instructed Plaintiff to file a response by April 10, 2009. Despite the warning that a failure to respond could result in Defendant's evidence being taken as true and judgment entered against the Plaintiff, Plaintiff has yet to file a responsive pleading or any communication whatsoever with this Court.

Accordingly,

**IT IS ORDERED** that Plaintiff shall file with this Court a responsive pleading by **September 30, 2009** or show cause for his delay in so doing up to this point. Plaintiff is reminded that if he fails to respond, Defendant's evidence may be taken as true and judgment entered against him in the case.

DATED this 21st day of August, 2009.

_____
John M. Roll
Chief United States District Judge