IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Trujillo,<br><br>    Plaintiff,<br><br>vs.<br><br>James Yates, et al.,<br><br>    Defendants. | No. CV 1-07-01236-JMR<br><br>**ORDER** |

    On March 12, 2009 Plaintiff was informed that Defendants had filed a motion for summary judgment and was instructed to file a response by April 10, 2009. Plaintiff failed to do so. On August 21, 2009 Plaintiff was again informed of Defendants' pending motion for summary judgment and was instructed to file a response by September 30, 2009 or show cause for the delay. Despite the warning that a failure to respond could result in Defendants' evidence being taken as true and judgment entered against the Plaintiff, Plaintiff has yet to file a responsive pleading or any communication whatsoever.

    Accordingly, **IT IS ORDERED** that Plaintiff shall file a responsive pleading by **November 27, 2009** or show cause for his delay in so doing up to this point. Plaintiff is reminded that if he fails to respond, Defendants' evidence will be taken as true and judgment entered against him in the case.

    DATED this 20th day of October, 2009.

_____
John M. Roll
Chief United States District Judge